UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>    Zuffa, LLC,<br>            Petitioner. | Case No. 1:23-mc-00126 |

## ~~[PROPOSED]~~ ORDER FOR ISSUANCE OF SUBPOENA TO WIX.COM

Upon the Application for the Issuance of a Subpoena *Duces Tecum* Pursuant to 35 U.S.C § 24 to Wix.com, Inc. (the "Application"), filed by Petitioner Zuffa, LLC, it is hereby:

ORDERED that the Application is GRANTED, and it is further ORDERED that the Clerk of Court shall execute a copy of the Subpoena to Produce Documents (the "Subpoena Duces Tecum"), attached as Exhibit A to the Application, ECF No. 1, and prove the executed Subpoena *Duces Tecum* to counsel for the Petitioner, Zuffa, LLC, for services on Wix.com, LLC.

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT COURT

Dated: May 1, 2023